<div style="border:1px solid black;">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

</div>

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Texas Taxi, Inc. | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 0  5 – 0  5  8  2  7  8  6 | |
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

4201 Langley Rd.
Number     Street

_____

Houston                    TX        77093
City                            State      ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City                            State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City                            State      ZIP Code

| | | | |
|---|---|---|---|
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other.  Specify: _____ | |

Debtor  __Texas Taxi, Inc._____     Case number (if known) _____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | *A.  Check one:* |

            ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
            ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
            ☐ Railroad (as defined in 11 U.S.C. § 101(44))
            ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
            ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
            ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
            ☑ None of the above

*B.  Check all that apply:*

            ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
            ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
            ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See* http://www.uscourts.gov/four-digit-national-association-naics-codes

      __4__ __8__ __5__ __3__

| | |
|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor __Texas Taxi, Inc._____    Case number (if known) _____

9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

    ☑ No
    ☐ Yes.  District _____  When _____  Case number _____
                                                      MM / DD / YYYY

    If more than 2 cases, attach a separate list.

             District _____  When _____  Case number _____
                                                      MM / DD / YYYY

             District _____  When _____  Case number _____
                                                      MM / DD / YYYY

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ☐ No
    ☑ Yes.  Debtor __SEE ATTACHMENT_____  Relationship __Common ownership__

    List all cases.  If more than 1, attach a separate list.

             District __Southern District of Texas_____  When __07/19/2021____
                                                                      MM / DD / YYYY
             Case number, if known _____

             Debtor _____  Relationship _____

             District _____  When _____
                                                                MM / DD / YYYY
             Case number, if known _____

11. Why is the case filed in *this district*?

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor __Texas Taxi, Inc._____     Case number (if known) _____

12.  Does the debtor own or
     have possession of any
     real property or personal
     property that needs
     immediate attention?

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if
       needed.

       **Why does the property need immediate attention?**     *(Check all that apply.)*

       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or
         safety.
         What is the hazard? _____

       ☐ It needs to be physically secured or protected from the weather.

       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without
         attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-
         related assets or other options).

       ☐ Other _____

       **Where is the property?**     _____
                                      Number        Street

                                      _____

                                      _____
                                      City                              State        ZIP Code

       **Is the property insured?**

       ☐ No
       ☐ Yes.   Insurance agency   _____

                Contact name        _____

                Phone               _____

---

▰▰ **Statistical and adminstrative information**

13.  Debtor's estimation of
     available funds

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured
  creditors.

14.  Estimated number of
     creditors

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

15.  Estimated assets

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

16.  Estimated liabilities

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor  **Texas Taxi, Inc.** _____  Case number (if known) _____

| | **Request for Relief, Declaration, and Signatures** |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>07/19/2021</u>
         MM / DD / YYYY

X  <u>/s/ John Bouloubasis</u>
    Signature of authorized representative of debtor
    <u>John Bouloubasis</u>
    Printed name
    <u>President & C.E.O.</u>
    Title

18. **Signature of attorney**

X  <u>/s/ Richard Lee Fuqua II</u>      Date  <u>07/19/2021</u>
    Signature of attorney for debtor           MM / DD / YYYY

    <u>Richard Lee Fuqua II</u>
    Printed name
    <u>Fuqua & Associates, P.C.</u>
    Firm name
    <u>8558 Katy Freeway</u>
    Number       Street
    <u>Suite 119</u>

    <u>Houston</u>           <u>TX</u>    <u>77024</u>
    City           State    ZIP Code

    <u>(713) 960-0277</u>         <u>RLFuqua@FuquaLegal.com</u>
    Contact phone           Email address
    <u>07552300</u>         <u>TX</u>
    Bar number           State

**Attachment to Official Form 201**
**Voluntary Petition for Non-Individuals filing for Bankruptcy**

#10.   List of any bankruptcy cases being filed by a business partner
       or an affiliate of the Debtor:


Debtor:  Fiesta Cab Company
Relationship: Common Ownership
District: Southern District of Texas
Case No.: Unknown
When: 07/19/2021

Debtor:  Greater Austin Transportation Company
Relationship: Common Ownership
District: Southern District of Texas
Case No.: Unknown
When: 07/19/2021

Debtor:  Greater Houston Transportation Company
Relationship: Common Ownership
District: Southern District of Texas
Case No.: Unknown
When: 07/19/2021

Debtor:  Greater San Antonio Transportation Company
Relationship: Common Ownership
District: Southern District of Texas
Case No.: Unknown
When: 07/19/2021

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | Texas Taxi, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. Cash on hand _____

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. BOKF, NA (Bank of Texas) Concentration Account | Concentration Account | 0 5 1 6 | $630,212.61 |
| 3.2. BOKF, NA (Bank of Texas) Payroll Account | Payroll Account | 3 5 6 7 | $0.00 |
| 3.3. BOKF, NA (Bank of Texas) PPP Account | PPP Account | 2 6 7 4 | $0.00 |

4. Other cash equivalents     *(Identify all)*

Name of institution (bank or brokerage firm)

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$630,212.61

Debtor    __Texas Taxi, Inc._____    Case number (if known) _____
          Name

## Part 2: Deposits and prepayments

6.   Does the debtor have any deposits or prepayments?

     ☐ No.  Go to Part 3.
     ☑ Yes.  Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

7.   Deposits, including security deposits and utility deposits

     Description, including name of holder of deposit

8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

     Description, including name of holder of prepayment

8.1. **Insurance prepayment offset**
     **by the amount financed**_____    _____$422,938.65

9.   Total of Part 2.
     Add lines 7 through 8.  Copy the total to line 81.                          | $422,938.65 |

## Part 3: Accounts receivable

10.  Does the debtor have any accounts receivable?

     ☐ No.  Go to Part 4.
     ☑ Yes.  Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

11.  Accounts receivable

11a. 90 days old or less:     _____$15,000.00_____  –  _____$0.00_____  = ............→   ____$15,000.00
                                   face amount                doubtful or uncollectible accounts

11b. Over 90 days old:        _____$315,130.32_____  –  ____$300,000.00____  = ............→   ____$15,130.32
                                   face amount                doubtful or uncollectible accounts

12.  Total of Part 3
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     | $30,130.32 |

## Part 4: Investments

13.  Does the debtor own any investments?

     ☐ No.  Go to Part 5.
     ☑ Yes.  Fill in the information below.

                                                    Valuation method          Current value of
                                                    used for current value    debtor's interest

14.  Mutual funds or publicly traded stocks not included in Part 1

     Name of fund or stock:

15.  Non-publicly traded stock and interests in incorporated and unincorporated
     businesses, including any interest in an LLC, partnership, or joint venture

     Name of entity:                          % of ownership:

15.1. Greater Houston
      Transportation Company                      100%      Book Value            ($33,495,718.57)

15.2. Greater Austin
      Transportation Company                      100%      Book Value             ($5,008,066.39)

15.3. Greater San Antonio
      Transportation Company                      100%      Book Value             ($9,015,969.60)

Official Form 206A/B          Schedule A/B: Assets -- Real and Personal Property          page 2

Debtor   Texas Taxi, Inc.                                                  Case number (if known) _____
         Name

| | | | | |
|---|---|---|---|---|
| 15.4. | Texas Paratransit, Inc. | 100% | Book Value | $8,337,892.36 |
| 15.5. | Fiesta Cab Company | 100% | Book Value | $50,022.24 |
| 15.6. | Texas Fiesta Rio Grande Valley, Inc. | 100% | Book Value | $59,696.68 |
| 15.7. | Eagle Executive Transportation Services, Inc. | 100% | Book Value | ($57,178.10) |
| 15.8. | Cab Administrative Services, Inc. | 100% | Book Value | ($5,759,470.80) |

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

    Describe:

17. Total of Part 4
    Add lines 14 through 16. Copy the total to line 83.                                    ($44,888,792.18)

## Part 5:  Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

23. Total of Part 5
    Add lines 19 through 22. Copy the total to line 84.                                    $0.00

24. Is any of the property listed in Part 5 perishable?
    ☐ No
    ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☐ Yes. Book value _____    Valuation method _____    Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

Debtor    Texas Taxi, Inc.
          _____    Case number (if known) _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops--either planted or harvested | | | |
| 29. Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| 33. Total of Part 6. Add lines 28 through 32.  Copy the total to line 85. | | | $0.00 |

34. Is the debtor a member of an agricultural cooperative?
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☐ No
☐ Yes.  Book value _____  Valuation method_____  Current value _____

36. Is a depreciation schedule available for any of the property listed in Part 6?
☐ No
☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
☐ No
☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?
☑ No.  Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 42. Collectibles  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. Total of Part 7. Add lines 39 through 42.  Copy the total to line 86. | | | $0.00 |

44. Is a depreciation schedule available for any of the property listed in Part 7?
☐ No
☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
☐ No
☐ Yes

Debtor    __Texas Taxi, Inc._____    Case number (if known) _____
           Name

## Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

    ☑ No.  Go to Part 9.
    ☐ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

48. Watercraft, trailers, motors, and related accessories Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)

51. Total of Part 8.
    Add lines 47 through 50.  Copy the total to line 87.

                                                              $0.00

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☐ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

## Part 9: Real property

54. Does the debtor own or lease any real property?

    ☐ No.  Go to Part 10.
    ☑ Yes.  Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. 4201 Langley Rd.<br>Houston, TX 77093<br>4201 Langley Rd., Houston, TX 77093<br>Commercial Lease<br>4201 Langley Rd.<br>Houston, Harris Co., Texas 77093 | Leasehold interest | | | Unknown |

56. Total of Part 9.
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

                                                              $0.00

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ☑ No
    ☐ Yes

Official Form 206A/B           Schedule A/B: Assets -- Real and Personal Property           page 5

Debtor    Texas Taxi, Inc._____    Case number (if known) _____
          Name

58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?
     ☑ No
     ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59.  Does the debtor have any interests in intangibles or intellectual property?

     ☐ No.  Go to Part 11.
     ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| Yellow Cab trademark | $400,385.70 | Fair Marke Value | $400,385.70 |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |
| Goodwill (purchase price allocation/ fair market value) | $1,123,726.85 | Fair maket value | $1,123,726.85 |

66.  Total of Part 10.
     Add lines 60 through 65.  Copy the total to line 89.          | $1,524,112.55 |

67.  Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
     ☑ No
     ☐ Yes

68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?
     ☐ No
     ☑ Yes

69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?
     ☑ No
     ☐ Yes

## Part 11:  All other assets

70.  Does the debtor own any other assets that have not yet been reported on this form?
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☑ No.  Go to Part 12.
     ☐ Yes.  Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

71.  Notes receivable

     Description (include name of obligor)

Debtor      Texas Taxi, Inc.                                            Case number (if known) _____
            _____
            Name

72. Tax refunds and unused net operating losses (NOLs)

    Description (for example, federal, state, local)

73. Interests in insurance policies or annuities

74. Causes of action against third parties (whether or not a lawsuit has been filed)

75. Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                    | $0.00 |
    Add lines 71 through 77.  Copy the total to line 90.

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $630,212.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $422,938.65 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $30,130.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | ($44,888,792.18) | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,524,112.55 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.**  Add lines 80 through 90 for each column.  91a. | ($42,281,398.05) | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ..................... | ($42,281,398.05) |

**Fill in this information to identify the case:**

Debtor name  **Texas Taxi, Inc.**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.   Do any creditors have claims secured by debtor's property?
    ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
    ☑ Yes.  Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2.   List in alphabetical order all creditors who have secured claims.  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Notre Capital | Describe debtor's property that is subject to a lien<br>All assets | $1,255,414.00 | ($42,281,398.05) |
| Creditor's mailing address<br>5535 Memorial Drive, Ste F 260 | Describe the lien<br>Security Agreement | | |
| | Is the creditor an insider or related party? | | |
| Houston          TX   77007 | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred _____ | ☐ No | | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply. | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$5,359,271.00

Debtor    Texas Taxi, Inc. _____    Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | | Column A <br> Amount of claim <br> Do not deduct the <br> value of collateral. | Column B <br> Value of collateral <br> that supports <br> this claim |
|---|---|---|---|

**2.2**

Creditor's name
**Steve Harter**

Creditor's mailing address
**Notre Capital**

**5535 Memorial Drive, Ste F 260**

_____

**Houston        TX    77007**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number                  ____ ____ ____ ____

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**All Assets**

Describe the lien

**Security Agreement**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $4,103,857.00 | ($42,281,398.05) |

**Fill in this information to identify the case:**

Debtor          Texas Taxi, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                           12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☑ No.  Go to Part 2.
    ☐ Yes.  Go to line 2.

2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(_____)

Debtor    <u>Texas Taxi, Inc.</u>            Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
| --- | --- | --- | --- |

Adam & Coffee PC

1010 Lamar, Suite 1800

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston        TX    77002

Basis for the claim:
<u>Goods & Services</u>

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $498,081.00 |
| --- | --- | --- | --- |

AFCO Premium Credit LLC

5600 N. River Road, Ste 400

Rosemont, IL 60018g

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
<u>Insurance premiums</u>

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $999.00 |
| --- | --- | --- | --- |

Algoritmo

Calle 29 No 41-98-905

Medillin Antioquia

COLUMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
<u>Goods & Services</u>

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,162,039.00 |
| --- | --- | --- | --- |

BOKF, NA dba Bank of Texas

5 Houston Center

1402 McKinney, Ste 1000

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston        TX    77010

Basis for the claim:
<u>PPP Loans</u>

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Texas Taxi, Inc. _____    Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  | | Amount of claim |
|---|---|---|

| 3.5 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $718.75 |
|---|---|---|

**3.5** Nonpriority creditor's name and mailing address

Craig Murin

3130 Jarrad Street

Houston                    TX     77005-3014

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of claim: **$718.75**

**3.6** Nonpriority creditor's name and mailing address

Notre Capital Management

1124 North Post Oak Road

Suite 105

Houston                    TX     77055

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Management Fee

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of claim: **$10,000.00**

**3.7** Nonpriority creditor's name and mailing address

VFH Dispatch

4201 Langley Road

Houston                    TX     77093

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
- [x] No
- [ ] Yes

Amount of claim: **$168,227.73**

Debtor    Texas Taxi, Inc._____    Case number (if known) _____

## Part 3:    List Others to Be Notified About Unsecured Claims

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Internal Revenue Service<br>P.O. Box 7346<br><br>Philadelphia          PA     19101-7346 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | ___ ___ ___ ___ |
| 4.2 | Onuoji, Emmanuel<br>c/o Jeff Diamant<br>909 Fannin, Ste 2615<br><br>Houston          TX     77010 | Line _____<br>☑ Not listed. Explain:<br>**Lawsuit** | ___ ___ ___ ___ |

Debtor   Texas Taxi, Inc.                                    Case number (if known) _____

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. $0.00 |
| 5b. | Total claims from Part 2 | 5b. + $2,840,125.48 |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $2,840,125.48 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Texas Taxi, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | Chapter 11 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease<br>4201 Langley Rd.<br>Houston, Harris Co., Texas 77093 | Notre Capital Management Inc<br>5535 Memorial Drive<br>Suite F #260 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX      77007 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Statement: The operating subsidiaries have approximately 700 contracts with Taxi Cab drivers. The information regarding these contracts will be furnished later and is considered proprietary | Taxi Cab Drivers |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Texas Taxi, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number _____
(if known)

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | Check all schedules that apply: |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | |
| 2.1 Fiesta Cab Company | 4201 Langley Rd<br>Number    Street<br><br>Houston        TX   77093<br>City        State  ZIP Code | BOKF, NA dba Bank of Texas | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Fiesta Cab Company | 4201 Langley Rd<br>Number    Street<br><br>Houston        TX   77093<br>City        State  ZIP Code | Notre Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Fiesta Cab Company | 4201 Langley Rd<br>Number    Street<br><br>Houston        TX   77093<br>City        State  ZIP Code | Steve Harter | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Greater Austin Transp. Company | 4201 Langley Rd<br>Number    Street<br><br>Houston        TX   77093<br>City        State  ZIP Code | Notre Capital | ☑ D<br>☐ E/F<br>☐ G |

Debtor    <u>Texas Taxi, Inc.</u>               Case number (if known) _____

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | Greater Austin Transporation Co. | 4201 Langley Rd<br>Number    Street<br><br>Houston          TX   77093<br>City                  State   ZIP Code | BOKF, NA dba Bank of Texas | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | Greater Austin Transporation Co. | 4201 Langley Rd<br>Number    Street<br><br>Houston          TX   77093<br>City                  State   ZIP Code | Steve Harter | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | Greater Houston Transp. Co. | 4201 Langley Rd<br>Number    Street<br><br>Houston          TX   77093<br>City                  State   ZIP Code | BOKF, NA dba Bank of Texas | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Greater Houston Transp. Co. | 4201 Langley Rd<br>Number    Street<br><br>Houston          TX   77093<br>City                  State   ZIP Code | Notre Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Greater Houston Transp. Co. | 4201 Langley Rd<br>Number    Street<br><br>Houston          TX   77093<br>City                  State   ZIP Code | Steve Harter | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Greater San Antonio Transp Co. | 4201 Langley Rd<br>Number    Street<br><br>Houston          TX   77093<br>City                  State   ZIP Code | BOKF, NA dba Bank of Texas | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Greater San Antonio Transp. Co. | 4201 Langley Rd<br>Number    Street<br><br>Houston          TX   77093<br>City                  State   ZIP Code | Notre Capital | ☑ D<br>☐ E/F<br>☐ G |

Debtor   <u>Texas Taxi, Inc.</u>                 Case number (if known) _____

## ▓ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.12  Greater San Antonio Transp. Co. | 4201 Langley Rd<br>Number      Street | Steve Harter | ☑ D<br>☐ E/F<br>☐ G |
| | Houston       TX   77093<br>City           State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name  **Texas Taxi, Inc.**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an
  amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    | | |
    |---|---|
    | 1a. **Real property:** <br> Copy line 88 from Schedule A/B....................................................... | $0.00 |
    | 1b. **Total personal property:** <br> Copy line 91A from Schedule A/B.................................................. | ($42,281,398.05) |
    | 1c. **Total of all property** <br> Copy line 92 from Schedule A/B...................................................... | ($42,281,398.05) |

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | $5,359,271.00 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    | | |
    |---|---|
    | 3a. **Total claim amounts of priority unsecured claims:** <br> Copy the total claims from Part 1 from line 5a of Schedule E/F................................. | $0.00 |
    | 3b. **Total amount of claims of nonpriority amount of unsecured claims:** <br> Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................. | + $2,840,125.48 |

4. **Total liabilities**
    Lines 2 + 3a + 3b....................................................................... | **$8,199,396.48** |

Fill in this information to identify the case and this filing:

Debtor Name    **Texas Taxi, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐  Amended Schedule _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.


Executed on **07/19/2021**          X  **/s/ John Bouloubasis** _____
                MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                     **John Bouloubasis** _____
                                     Printed name
                                     **President & C.E.O.** _____
                                     Position or relationship to debtor