IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| TEXAS TAXI, INC., et al. | § | Case No. 21-60065 |
| | § | |
| Debtors | § | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR COPIES AND PLEADINGS PURSUANT TO FEDERAL RULES OF PROCEDURE AND NOTICE OF FILING <u>OFFICIAL FORM 410 PROOF OF CLAIM</u>**

Comes now Joshua R. Leske, pursuant to the Federal Rules of Civil Procedure and files this Notice of Appearance and Request for Service of Papers and Notice of Filing Official Form 410 Proof of Claim as Counsel for Dianna Epps, parties in interest in this proceeding.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorney at the mailing address, fax number, or e-mail address set forth below.

The official Form 410 Proof of Claim for Dianna Epps is attached hereto.

Joshua R. Leske additional requests that Debtors and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in this proceeding.

Respectfully submitted,

HUSAIN LAW + ASSOCIATES, PC

By: */s/ Joshua R. Leske*
      Joshua R. Leske
      SDTX No. 875896
      State Bar No. 24060162
      *Attorney in Charge*
      5858 Westheimer, Suite 400
      Houston, Texas 77057
      (713) 800-1200
      (713) 800-0786 (Fax)
      jleske@hlalawfirm.com

**COUNSEL FOR DIANNA EPPS**

## CERTIFICATE OF SERVICE

I hereby certify on December 14, 2021, a true and correct copy of the foregoing was served on all counsel of record through the Court's CM/ECF system.

*/s/ Joshua R. Leske*
Joshua R. Leske