United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 08, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| TEXAS TAXI, INC., et al. | § | Case No. 21-60065 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

### ORDER GRANTING DEBTORS' SECOND MOTION TO EXTEND TIME TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION

Came on for consideration the Debtors' Second Motion to Extend Time to File Disclosure Statement and Chapter 11 Plan of Reorganization. It appears to this Court that the Debtors have provided proper notice of the Motion. This Court is of the opinion, and does find that Debtors' Motion has merit, and should be granted; it is therefore

ORDERED that the Debtors be and hereby are authorized to extend the time for filing their Disclosure Statement and Plan of Reorganization to March 15, 2022.

Signed: February 08, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] The debtors in these cases (the *"Bankruptcy Cases"*), along with the last four digits of each Debtor's federal tax identification number, as applicable, are Texas Taxi, Inc. (#2786) (*"TTI"*), Fiesta Cab Company (#2084) (*"FCC"*), Greater Austin Transportation Company (#1038) (*"GATC"*), Greater Houston Transportation Company (#1348) (*"GHTC"*), and Greater San Antonio Transportation Company (#9823) (*"GSATC"*)