United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 07, 2022

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS TAXI, INC., *et al.* | § | CASE NO. 21-60065 |
| | § | |
| Debtors[1]. | § | Jointly Administered Chapter 11 |
| | § | |

## ORDER ALLOWING FILING OF CLAIMS BY JOSE RAMOS

[Relates To Docket #_____]

It is

**ORDERED** that Jose Ramos may file a proof of claim in the *Greater Houston Transportation Co*. case, Case No. 21-60066, and in the *Texas Taxi, Inc*. case, Case No. 21-60065, and it is further

**ORDERED** that the claims must be filed within fourteen (14) days of the entry of this order, and it is further

**ORDERED** that if Jose Ramos files his claims within the time provided in this order, such claims shall be timely claims and will not be subject to disallowance as untimely claims under the Bankruptcy Code or the Bankruptcy Rules, and it is further

**ORDERED** that all other defenses of the Debtors to the filed claims of Jose Ramos are preserved and are unaffected by this order.

Signed:  March 07, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] The debtors in these cases (the "Bankruptcy Cases"), along with the last four digits of each Debtor's federal tax identification number, as applicable, are: *Texas Taxi, Inc*. (#2786) ("TTI"), *Fiesta Cab Company* (32084) ( "FCC"), *Greater Austin Transportation Company* (#1038) ("GATC"), *Greater Houston Transportation Company* (#1348) ("GHTC"), and *Greater San Antonio Transportation Company* (#9823) ("GSATC").