## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA  DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **TEXAS TAXI, INC.,** *et al.,* | § | **CASE NO. 21-60065** |
| | § | |
| **DEBTORS**[1] | § | **CHAPTER 11** |
| | § | |
| | § | **Jointly Administered** |

## NOTICE OF ANNUAL RATE INCREASE BY
## FUQUA & ASSOCIATES, P.C.

On July 30, 2021, Texas Taxi, Inc., Fiesta Cab Company, Greater Austin Transportation Company, Greater Houston Transportation Company, and Greater San Antonio Transportation Company (***"Debtors"***), filed an Application for Authority to Appoint and Retain Counsel Pursuant to 11 U.S.C. § 327 (***"Employment Application"***) *[Dkt. No. 39]*.   On August 24, 2021, the Court entered an order authorizing the retention and employment of Applicant *[Dkt. No. 74]*.

In the ordinary course of Applicant's business and in keeping with Applicant's established billing practices and procedures, Applicant's standard billing rates were adjusted firm-wide on January 1, 2022.  Specifically, as of January 1, 2022, Applicant's billing rates for professionals and para-professionals who may work on matters related to this case shall be as follows:

| Professional | Hourly Rate |
|---|---|
| Richard L. Fuqua | $700 |
| Mary Ann Bartee | $375 |
| Paralegals | $150 |

---

[1]   The debtors in these cases (the ***"Bankruptcy Cases"***), along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Texas Taxi, Inc. (#2786) (***"TTI"***), Fiesta Cab Company (#2084) (***"FCC"***), Greater Austin Transportation Company (#1038) (***"GATC"***), Greater Houston Transportation Company (#1348) (***"GHTC"***), and Greater San Antonio Transportation Company (#9823) (***"GSATC"***).

**Fuqua & Associates, P.C.**

By:    /s/ Richard L. Fuqua
       Richard L. Fuqua
       State Bar #07552300
       8558 Katy Freeway, Suite 119
       Houston, Texas 77024
       Phone:       713.960-0277
       Facsimile:   713.960-1064
       Email:       rlfuqua@fuqualegal.com

       Attorneys for Debtors
       Texas Taxi, Inc., Fiesta Cab Company,
       Greater Austin Transportation Company,
       Greater Houston Transportation Company and
       Greater San Antonio Transportation Company

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the parties receiving notice via the Court's ECF notice system on April 22, 2022.

/s/ Richard L. Fuqua
Richard L. Fuqua