United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 20, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.: 21-60066 |
| GREATER HOUSTON | § | |
| TRANSPORATION COMPANY | § | CHAPTER 11 |
| | § | |
| Debtor | § | |

### ORDER GRANTING UNOPPOSED MOTION OF BANKRUPTCY CREDITOR ERICA BARNES TO LIFT BANKRUPTCY STAY

The Motion of bankruptcy creditor Erica Barnes to Lift Stay to allow her to proceed to with litigation in state court proceeding Cause No. 2021-26176, Erica Barnes *v. Tajudeen Alade Oshodi and Greater Houston Transportation Company a/k/a Yellow Cab*, In the 129th Judicial District Court of Harris County, Texas, in order to purse claims for personal injury is hereby GRANTED.

Upon review, the Motion is GRANTED and the automatic stay is lifted to allow Movant to proceed with her case against Debtor Greater Houston Transportation Company.

Signed: May 20, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

1